IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DAVID SEYFRIED AS NEXT FRIEND OF DELORES SEYFRIED AND DAVID SEYFRIED, INDIVIDUALLY,<br><br>*Plaintiffs,*<br><br>v.<br><br>CITY OF LEWISVILLE POLICE DEPARTMENT, SGT. COURTNEY LETALIEN, GEORGE REED, MICHAEL MOORE, C. CASSELS, CYNTHIA COYLE, AND CPT. EDWARD JARRETT,<br><br>*Defendants.* | § § § § § § § § § § § § § § § § | Civil Action No. 4:13cv560 |

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was referred to United States Magistrate Judge Don D. Bush, who subsequently issued a Report and Recommendation that Plaintiff's objections to Defendants' declaration evidence be overruled and that Defendants' objections to Plaintiff's declaration evidence be overruled as moot; that Defendants' Motion to Dismiss or, in the Alternative, Motion for Summary Judgment, viewed from the application of Fed. R. Civ. P. 56, should be granted as to all counts; that judgment be entered on behalf of Defendants; and that Plaintiff should take nothing from this action. No objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's objections to Defendants' declaration evidence are **OVERRULED** and that Defendants' objections to Plaintiff's declaration evidence are **OVERRULED** as **MOOT**. It is further

1

**ORDERED** that Defendants' Motion to Dismiss or, in the Alternative, Motion for Summary Judgment (docket entry #26), viewed from the application of Fed. R. Civ. P. 56, is **GRANTED** as to all counts. It is further

**ORDERED** that judgment shall be entered on behalf of Defendants and that Plaintiff shall take nothing from this action. It is further

**ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITH PREJUDICE**. It is finally

**ORDERED** that all motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED this the 29th day of September, 2014.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE